UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| GLACIER COUNTY, | Case No. CV-19-86 -GF-BMM |
| --- | --- |
| Plaintiff, | JUDGMENT IN A CIVIL CASE |
| vs. | |
| UNITED STATES OF AMERICA, ET AL, | |
| Defendant. | |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is entered in accordance with the Court Order filed on 3/10/2020, document number 9.

Dated this 10th day of March, 2020.

                        TYLER P. GILMAN, CLERK

                        By: /s/ Megan Stewart
                        Megan Stewart, Deputy Clerk